| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jung, William F. | 2. Court or Organization<br><br>United States District Court for Middle District of Florida | 3. Date of Report<br><br>07/29/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>801 N Florida Ave<br>Tampa, FL 33602 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Jung & Sisco, P.A. |
| 2. | President | First Step of Florida, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Jung & Sisco, P.A. (law firm salary) | $139,640.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (cash) | A | Interest | J | T | | | | | 4, 5 |
| 2. Charles Schwab (cash) | A | Interest | K | T | | | | | 8 |
| 3. Wells Fargo (cash) | A | Interest | K | T | | | | | 201 |
| 4. US Treasury 30-year tip bond | A | Interest | K | T | | | | | 1 |
| 5. US Treasury TIP bonds | B | Interest | K | T | | | | | 2 |
| 6. US Treasury T Note | A | Interest | J | T | | | | | 3 |
| 7. IRA #1 (H) | | | | | | | | | |
| 8. Fidelity Govt Cash Reserves Fund (FDRXX) (cash equiv) | A | Dividend | J | T | | | | | 92 |
| 9. Fidelity Asset Manager Fund (FASMX) | B | Dividend | K | T | | | | | 86 |
| 10. Fidelity Balanced Fund (FBALX) | D | Dividend | L | T | | | | | 94 |
| 11. Fidelity Spartan Int'l Fund (FSIVX) | A | Dividend | | | Merged (with line 12) | 11/02/18 | L | | 103 |
| 12. Fidelity International Index Fund (FSPSX) | B | Dividend | L | T | | | | | |
| 13. Fidelity Four in One Index Fund (FFNOX) | C | Dividend | M | T | | | | | 97 |
| 14. Fidelity Freedom 2025 Fund (FFTWX) | E | Dividend | N | T | | | | | 98 |
| 15. I-Shares TIPS Bond ETF (TIP) | A | Dividend | K | T | | | | | 109 |
| 16. SPDR FTSE Intl Govt Inflation Protected Secs ETF (WIP) | A | Dividend | K | T | | | | | 110 |
| 17. IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pepsico Inc (PEP) | A | Dividend | K | T | | | | | 112 |
| 19. Consolidated Edison (ED) | A | Dividend | K | T | | | | | 111 |
| 20. Walt Disney Co (DIS) | A | Dividend | J | T | | | | | 113 |
| 21. Vanguard Int'l Equity Index ETF (VWO) | A | Dividend | J | T | | | | | 114 |
| 22. Fidelity Freedom 2025 Fund (FFTWX) | C | Dividend | K | T | | | | | 98 |
| 23. IRA #3 (H) | | | | | | | | | |
| 24. Fidelity Four in One Index Fund (FFNOX) | C | Dividend | M | T | | | | | 97 |
| 25. Fidelity 500 Index Fund Prem (FUSVX) | B | Dividend | | | Merged (with line 26) | 11/02/18 | M | | 105 |
| 26. Fideity 500 Index Fund (FXAIX) | B | Dividend | M | T | | | | | |
| 27. Fidelity Freedom 2030 Fund (FXIFX) | B | Dividend | L | T | | | | | 108 |
| 28. Fidelity Variable Annuity (H) | | | | | | | | | |
| 29. Fidelity VIP High Income (FAETC) | | None | K | T | | | | | 88 |
| 30. Fidelity VIP Equity Income Fund (FABTC) | | None | L | T | | | | | 100 |
| 31. Fidelity VIP Investment Grade Bond Fund (FAKTC) | | None | L | T | | | | | 90 |
| 32. Fidelity VIP Index 500 (FAATC) (X) | | None | L | T | | | | | |
| 33. Fidelity VIP Contrafund (FAJTC) | | None | K | T | | | | | 101 |
| 34. Fidelity VIP Asset Manager Growth (FAITC) | | None | L | T | | | | | 87 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity VIP Balanced Fund (FAMTC) | | None | M | T | | | | | 89 |
| 36. Fidelity VIP Strategic Income Fund (FAXTC) | | None | M | T | | | | | 99 |
| 37. Fidelity VIP Health Care (FBETC) (X) | | None | K | T | | | | | |
| 38. Fidelity VIP Overseas Fund (FAZTC) | | None | L | T | | | | | 91 |
| 39. Fidelity VIP Investor Freedom 2025 (FBNTC) | | None | M | T | | | | | 106 |
| 40. Fidelity VIP Materials Fund (FBYTC) | | None | L | T | | | | | 107 |
| 41. Vanguard Variable Annuity (H) | | | | | | | | | |
| 42. Vanguard Short Term Investment Grade Bond Fund (VFSTX) | | None | M | T | | | | | 180 |
| 43. Vanguard Total Bond Market Index Fund (VBMFX) | | None | K | T | | | | | 179 |
| 44. Vanguard High Yield Bond Fund (VWEHX) | | None | J | T | | | | | 183 |
| 45. Vanguard Balanced Fund (VBINX) | | None | N | T | | | | | 181 |
| 46. Vanguard Total Stock Market Index Fund (VTSMX) | | None | K | T | | | | | 174 |
| 47. Vanguard Equity Index Fund | | None | L | T | | | | | 175 |
| 48. Vanguard Equity Income Fund (VEIPX) | | None | K | T | | | | | 177 |
| 49. Vanguard Diversified Value Fund | | None | L | T | | | | | 184 |
| 50. Vanguard Growth Fund | | None | L | T | | | | | 182 |
| 51. Vanguard Midcap Index Fund (VIMSX) | | None | J | T | | | | | 178 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Small Company Growth Fund | | None | K | T | | | | | 176 |
| 53. Vanguard International Fund | | None | L | T | | | | | 173 |
| 54. Brokerage Acct #1 (H) | | | | | | | | | |
| 55. AMER ELECTRIC PWR CO (AEP) | A | Dividend | K | T | | | | | 13 |
| 56. ARCONIC INC (ARNC) | A | Dividend | J | T | | | | | 12 |
| 57. CHEVRON CORP (CVX) | B | Dividend | M | T | | | | | 20 |
| 58. WALT DISNEY CO (DIS) | A | Dividend | K | T | | | | | 22 |
| 59. ISHARES SELECT DIVIDEND ETF (DVY) | A | Dividend | L | T | | | | | 24 |
| 60. ENERPLUS CORP (ERF) | A | Dividend | J | T | | | | | 26 |
| 61. GENERAL ELECTRIC CO (GE) | A | Dividend | K | T | | | | | 27 |
| 62. INTEL CORP (INTC) | A | Dividend | K | T | | | | | 30 |
| 63. ILLINOIS TOOL WORKS (ITW) | A | Dividend | K | T | | | | | 31 |
| 64. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | 34 |
| 65. RITE AID (RAD) | A | Dividend | J | T | | | | | 61 |
| 66. SCHWAB DIVIDEND ETF (SCHD) | A | Dividend | K | T | | | | | 65 |
| 67. SCHWAB INTL ETF (SCHF) | A | Dividend | K | T | | | | | 66 |
| 68. SIRIUS XM HLDGS INC (SIRI) | A | Dividend | J | T | | | | | 67 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SOUTHERN COMPANY (SO) | B | Dividend | L | T | | | | | 68 |
| 70. EXXON MOBIL CORP (XOM) | A | Dividend | K | T | | | | | 80 |
| 71. Brokerage Account #2 (H) | | | | | | | | | |
| 72. MSFT debenture note (594918AD6) | B | Interest | K | T | | | | | 35 |
| 73. ISHARES CORE MODERATE ALLOCATION ETF (AOM) | A | Dividend | K | T | | | | | 15 |
| 74. VANGUARD TOTAL BOND MARKET ETF (BND) | A | Dividend | J | T | | | | | 17 |
| 75. ANNALY CAPITAL MGMT REIT (NLY) | A | Dividend | J | T | | | | | 57 |
| 76. SCHWAB US BROAD MARKET ETF - (SCHB) | A | Dividend | K | T | | | | | 63 |
| 77. SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | K | T | | | | | 65 |
| 78. SCHWAB INTERNATIONAL EQUITY ETF (SCHF) | A | Dividend | K | T | | | | | 66 |
| 79. ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | | | | | 70 |
| 80. Brokerage Account #3 (H) | | | | | | | | | |
| 81. ISHARES CORE US AGGREGATE BOND ETF (AGG) | B | Dividend | L | T | | | | | 14 |
| 82. ISHARES US CREDIT BOND ETF (CRED) | A | Dividend | L | T | | | | | 18 |
| 83. SPDR DOW JONES INDUSTRIAL AVRG ETF (DIA) | A | Dividend | K | T | | | | | 21 |
| 84. DODGE & COX BALANCED FD (DODBX) | D | Dividend | L | T | | | | | 23 |
| 85. IBM CORP (IBM) | B | Dividend | K | T | | | | | 29 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ISHARES RUSSELL 3000 ETF (IWV) (X) | C | Dividend | M | T | | | | | |
| 87. PROCTOR & GAMBLE (PG) | B | Dividend | L | T | | | | | 60 |
| 88. SCHWAB US SMALL CAP ETF (SCHA) | B | Dividend | L | T | | | | | 62 |
| 89. SCHWAB INTERNATIONAL EQUITY ETF (SCHF) | A | Dividend | J | T | | | | | 66 |
| 90. ISHARES BRD USD INV GRD CORP BD ETF (USIG) (X) | B | Dividend | L | T | | | | | |
| 91. VANGUARD FTSE ALL WORLD EX US ETF (VEU) | B | Dividend | L | T | | | | | 71 |
| 92. VANGUARD TOTAL STOCK MARKET ETF (VTI) | C | Dividend | N | T | Buy (add'l) | 12/26/18 | K | | 74 |
| 93. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | K | T | Buy (add'l) | 10/29/18 | J | | 75 |
| 94. WAL-MART STORES (WMT) | A | Dividend | | | Sold | 09/20/18 | K | | 79 |
| 95. Brokerage Account #4 (H) | | | | | | | | | |
| 96. CATERPILLAR FINL 7.15%19 DUE 02/15/19 (14912L4E8) | B | Interest | K | T | | | | | 10 |
| 97. FL ST B/E PUB ED 5%40TAX ALLC DUE 06/01/40 (34153PXD5) | B | Interest | K | T | | | | | 38 |
| 98. SYNCHRONY BANK RE 2.1%19CD FDIC INS DUE 08/05/19US (36161N5F1) | A | Interest | J | T | | | | | 69 |
| 99. HALLIBURTON CO HLDG 5%45 DUE 11/15/45 (406216BK6) | B | Interest | K | T | | | | | 28 |
| 100. HARTFORD CT 5%28GO UTX DUE 08/15/28OID ASSURED GUARANTY CO (416415HL4) | A | Interest | K | T | | | | | 40 |
| 101. HARTFORD CT 5%28GO UTX DUE 08/15/28OID ASSURED GUARANTY CO (416415HM2) | A | Interest | K | T | | | | | 41 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. IDAHO HEALTH FAC 6.25%33SYST HLTH DUE 12/01/33OID XTRO (451295TG4) | B | Interest | | | Redeemed | 12/03/18 | K | | 42 |
| 103. NEW YORK NY 5.625%31GO UTX DUE 11/15/31OID (64966HEL0) | B | Interest | | | Redeemed | 11/15/18 | K | | 47 |
| 104. PR COMWLTH 5.5%19GO UTX DUE 07/01/19ASSURED GUARANTY MUN (745145VF6) | B | Interest | K | T | | | | | 51 |
| 105. RIO GRANDE TX ISD 3.5%34GO UTX DUE 08/15/34OID BLD AM (767057PA4) | A | Interest | K | T | | | | | 52 |
| 106. TARRANT REG WTR DIS 5%52WTR UTIL DUE 03/01/52 (876443HJ4) | B | Interest | K | T | | | | | 54 |
| 107. VALLEY REGIONAL FIR 4%18GO UTX DUE 12/01/18ASSURED GUAR (92007AAK3) | A | Interest | | | Redeemed | 12/03/18 | K | | 55 |
| 108. WI ST GEN FND APR 6%36GP DUE 05/01/36OID (977100CA2) | B | Interest | K | T | | | | | 56 |
| 109. APPLE INC (AAPL) | B | Dividend | L | T | | | | | 11 |
| 110. AMER ELECTRIC PWR CO (AEP) | A | Dividend | K | T | | | | | 13 |
| 111. CHEVRON CORP (CVX) | C | Dividend | L | T | | | | | 20 |
| 112. INTEL CORP (INTC) | A | Dividend | | | Sold | 09/20/18 | J | | 30 |
| 113. PROCTER & GAMBLE (PG) | B | Dividend | K | T | | | | | 60 |
| 114. SCHWAB US SMALL CAP ETF (SCHA) | A | Dividend | J | T | | | | | 62 |
| 115. SCHWAB US BROAD MARKET ETF (SCHB) | A | Dividend | J | T | | | | | 63 |
| 116. SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | K | T | | | | | 65 |
| 117. SCHWAB INTERNATIONAL EQUITY ETF (SCHF) | B | Dividend | K | T | | | | | 66 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. VANGUARD GROWTH ETF (VUG) | A | Dividend | K | T | | | | | 73 |
| 119. VANGUARD HIGH DIVIDEND YIELD ETF (VYM) | C | Dividend | K | T | | | | | 76 |
| 120. Brokerage Account #5 (H) | | | | | | | | | |
| 121. ATMOS ENERGY CORP (ATO) | A | Dividend | J | T | | | | | 16 |
| 122. ISHARES SELECT DIVIDEND ETF (DVY) | A | Dividend | J | T | | | | | 24 |
| 123. GENERAL ELECTRIC CO (GE) | A | Dividend | J | T | | | | | 27 |
| 124. INTEL CORP (INTC) | A | Dividend | K | T | | | | | 30 |
| 125. PROCTER & GAMBLE (PG) | A | Dividend | J | T | | | | | 60 |
| 126. SCHWAB US BROAD MARKET ETF (SCHB) | A | Dividend | J | T | | | | | 63 |
| 127. SOUTHERN CO (SO) | B | Dividend | K | T | | | | | 68 |
| 128. VANGUARD TOTAL STOCK MARKET ETF (VTI) | A | Dividend | K | T | | | | | 74 |
| 129. VERIZON COMMUNICATN (VZ) | A | Dividend | J | T | | | | | 77 |
| 130. EXXON MOBIL CORP (XOM) | A | Dividend | J | T | | | | | 80 |
| 131. Brokerage Account #6 (H) | | | | | | | | | |
| 132. CENTURYLINK INC (CTL) | A | Dividend | J | T | | | | | 19 |
| 133. ISHARES SELECT DIVIDEND ETF IV (DVY) | A | Dividend | J | T | | | | | 24 |
| 134. ISHARES MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | 25 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. GENERAL ELECTRIC CO (GE) | A | Dividend | J | T | | | | | 27 |
| 136. PEPSICO INCORPORATED (PEP) | A | Dividend | K | T | | | | | 58 |
| 137. PFIZER INC (PFE) | A | Dividend | J | T | | | | | 59 |
| 138. SCHWAB US SMALL CAP ETF (SCHA) | A | Dividend | J | T | | | | | 62 |
| 139. SCHWAB US BROAD MARKET ETF (SCHB) | A | Dividend | J | T | | | | | 63 |
| 140. SOUTHERN CO (SO) | A | Dividend | J | T | | | | | 68 |
| 141. VANGUARD INFORMATION TECHNOLOGY ETF (VGT) | A | Dividend | K | T | | | | | 72 |
| 142. VANGUARD TOTAL STOCK MARKET ETF (VTI) | A | Dividend | K | T | | | | | 74 |
| 143. EXXON MOBIL CORP (XOM) | A | Dividend | K | T | | | | | 80 |
| 144. Brokerage Account #7 (H) | | | | | | | | | |
| 145. MONDELEZ INTL CLASS A (MDLZ) | A | Dividend | J | T | | | | | 33 |
| 146. SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | J | T | | | | | 65 |
| 147. SOUTHERN CO (SO) | A | Dividend | J | T | | | | | 68 |
| 148. VANGUARD TOTAL STOCK MARKET ETF (VTI) | A | Dividend | K | T | | | | | 74 |
| 149. SPDR FTSE INTERN GOVT INFL PROTC ETF (WIP) | A | Dividend | J | T | | | | | 78 |
| 150. Brokerage Account #8 (H) | | | | | | | | | |
| 151. AMER ELECTRIC PWR CO (AEP) | A | Dividend | J | T | | | | | 13 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. WALT DISNEY CO (DIS) | A | Dividend | J | T | | | | | 22 |
| 153. ISHARES SELECT DIVIDEND ETF (DVY) | A | Dividend | K | T | | | | | 24 |
| 154. GENERAL ELECTRIC CO (GE) | A | Dividend | J | T | | | | | 27 |
| 155. INTEL CORP (INTC) | A | Dividend | K | T | | | | | 30 |
| 156. PEPSICO INC (PEP) | A | Dividend | K | T | | | | | 58 |
| 157. SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | J | T | | | | | 65 |
| 158. SOUTHERN CO (SO) | A | Dividend | J | T | | | | | 68 |
| 159. VANGUARD TOTAL STOCK MARKET ETF (VTI) | A | Dividend | J | T | | | | | 74 |
| 160. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | J | T | | | | | 75 |
| 161. VERIZON COMMUNICATN (VZ) | A | Dividend | J | T | | | | | 77 |
| 162. EXXON MOBIL CORP (XOM) | A | Dividend | J | T | | | | | 80 |
| 163. VCSP 529 Acct #1 (H) | | | | | | | | | |
| 164. VCSP College America America Balanced Fund (CLBEX) | C | Dividend | L | T | | | | | 7 |
| 165. Utah 529 Acct #2 (H) | | | | | | | | | |
| 166. Vanguard Institutional Index (VIIIX) | B | Dividend | L | T | | | | | 171 |
| 167. Iowa 529 Acct #3 (H) | | | | | | | | | |
| 168. Vanguard Moderate Age-Based Track: Interest Accumulation | E | Interest | | | Sold | 10/04/18 | M | | 82 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. Vanguard Moderate Age-Based Track: Blended Income | | None | M | T | Buy | 10/04/18 | M | | |
| 170. Vanguard Bond Index Portfolio | C | Interest | K | T | | | | | 83 |
| 171. Florida 529 Acct #4 (H) | | | | | | | | | |
| 172. Florida 529 Blended Equity | | None | M | T | | | | | 118 |
| 173. Wellington Fixed Income Fund | | None | K | T | | | | | 119 |
| 174. Nest 529 Acct #5 (H) | | | | | | | | | |
| 175. T Rowe Price Large Cap Growth Fund (TRLGX) | D | Dividend | L | T | | | | | 122 |
| 176. MetWest Total Ret Bond Fund (MWTRX) | A | Dividend | J | T | | | | | 121 |
| 177. Vanguard Total Bond Mkt Index Fund (VBMFX) | A | Dividend | J | T | | | | | 123 |
| 178. CA 529 Acct #6 (H) | | | | | | | | | |
| 179. TIAA-CREF Index Bond Portfolio | D | Dividend | K | T | | | | | 130 |
| 180. TIAA-CREF Passive Age-Based Portfolio 17 | | None | L | T | | | | | 131 |
| 181. TIAA-CREF Passive Diversified Equity Portfolio | | None | M | T | | | | | 132 |
| 182. NH 529 Acct #7 (H) | | | | | | | | | |
| 183. Fidelity NH Conservative | | None | K | T | | | | | 115 |
| 184. Fidelity NH Aggressive Growth Port | | None | L | T | | | | | 116 |
| 185. FID 529 Acct #8 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. Fidelity NH Total Market Index (NHFSTMX97) (X) | | None | L | T | | | | | |
| 187. Fidelity NH Int'l Index (NHXINT906) (X) | | None | K | T | | | | | |
| 188. Fidelity NH Portfolio 2018 (NH2018909) (X) | | None | J | T | | | | | |
| 189. Optum HSA #1 (H) | | | | | | | | | |
| 190. Vanguard Wellington Fund (VWELX) | C | Dividend | L | T | | | | | 127 |
| 191. Optum HSA #2 (H) | | | | | | | | | |
| 192. Vanguard S&P 500 Index Fund (VFIAX) | A | Dividend | K | T | | | | | 128 |
| 193. Vanguard Global Equity Fund (VHGEX) | A | Dividend | J | T | | | | | 126 |
| 194. Vanguard Wellington Fund (VWELX) | C | Int./Div. | L | T | | | | | 127 |
| 195. Brokerage Account #9 (H) | | | | | | | | | |
| 196. Apple Inc (AAPL) | A | Dividend | J | T | | | | | 134 |
| 197. Walt Disney Co (DIS) | A | Dividend | J | T | | | | | 142 |
| 198. Vanguard Short Term Bond Index ETF (BSV) | A | Dividend | J | T | | | | | 140 |
| 199. Vanguard Intermediate Term Corp Bond (VCIT) | A | Dividend | J | T | | | | | 162 |
| 200. Vanguard Total World Stock ETF (VT) | A | Dividend | K | T | | | | | 163 |
| 201. Vanguard Total Stock Market ETF (VTI) | A | Dividend | K | T | | | | | 164 |
| 202. Vanguard High Dividend Yield ETF (VYM) | A | Dividend | K | T | | | | | 166 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. Brokerage Account #10 (H) | | | | | | | | | |
| 204. T Rowe Price Govt Money Market Fund (PRRXX) (cash equiv) | A | Dividend | M | T | | | | | 152 |
| 205. ABBVIE INC (ABBV) | B | Dividend | K | T | | | | | 135 |
| 206. ABBOTT LABORATORIES (ABT) | A | Dividend | J | T | | | | | 136 |
| 207. ISHARES CORE MODERATE ALLOC ETF (AOM) | D | Dividend | N | T | | | | | 137 |
| 208. AVANOS MEDICAL (AVNS) (FORMERLY HALYARD HEALTH (HYH)) | A | Dividend | J | T | | | | | 147 |
| 209. ASTRAZENECA PLC (AZN) | B | Dividend | K | T | | | | | 139 |
| 210. CHEVRON CORP (CVX) | B | Dividend | L | T | | | | | 141 |
| 211. DODGE AND COX BALANCED FUND (DODBX) | E | Dividend | N | T | | | | | 143 |
| 212. DODGE AND COX STOCK FUND (DODGX) | D | Dividend | L | T | | | | | 144 |
| 213. IBM COMMON STOCK (IBM) | A | Dividend | J | T | | | | | 148 |
| 214. KIMBERLY CLARK CORP (KMB) | A | Dividend | K | T | | | | | 149 |
| 215. NEXTERA ENERGY (NEE) | B | Dividend | K | T | | | | | 150 |
| 216. PLAINS ALL AMERICAN PIPELINE (PAA) | B | Distribution | K | T | | | | | 151 |
| 217. ROYAL DUTCH SHELL (RDS.A) | C | Dividend | L | T | | | | | 154 |
| 218. ISHARES SHORT TREAS BOND ETF (SHV) | A | Dividend | K | T | | | | | 155 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 219. SPDR S&P 500 ETF (SPY) | C | Dividend | M | T | | | | | 157 |
| 220. ISHARES TIPS BOND ETF (TIP) | B | Dividend | L | T | | | | | 158 |
| 221. TOTAL SA ADR (TOT) | A | Dividend | J | T | | | | | 159 |
| 222. VANGUARD MATERIALS ETF (VAW) | B | Dividend | L | T | | | | | 160 |
| 223. VANGUARD SHORT TERM CORP BOND INDEX FD (VCSH) (X) | B | Dividend | L | T | | | | | |
| 224. VANGUARD FTSE ALL-WORLD EX-US ETF (VEU) | C | Dividend | L | T | | | | | 161 |
| 225. VANGUARD SHORT-TRM INFLATION PROT SECS INDX (VTIP) | B | Dividend | K | T | | | | | 165 |
| 226. SPDR FTSE INTL GOVT INFLATION PROT SECS (WIP) | A | Dividend | K | T | | | | | 167 |
| 227. WALMART INC (WMT) | B | Dividend | | | Sold | 09/20/18 | L | | 168 |
| 228. ENERGY SELECT SECTOR SPDR (XLE) | A | Dividend | J | T | | | | | 169 |
| 229. Brokerage Acct #11 (H) | | | | | | | | | |
| 230. Southern Company (SO) | B | Dividend | K | T | | | | | 156 |
| 231. 3M Co (MMM) (X) | A | Dividend | J | T | | | | | |
| 232. Vanguard FTSE All-World Ex-US ETF (VEU) | A | Dividend | J | T | | | | | 161 |
| 233. iShares MSCI EAFE Index Fund (EFA) | A | Dividend | J | T | | | | | 145 |
| 234. Brokerage Acct #12 (H) | | | | | | | | | |
| 235. T Rowe Price Govt Money Market Fund (PRRXX) (cash equiv) | A | Dividend | L | T | | | | | 152 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236. Atmos Energy Corporation (ATO) | A | Dividend | | | Sold | 11/19/18 | K | | 138 |
| 237. Brokerage Acct #13 (H) | | | | | | | | | |
| 238. General Electric (GE) | A | Dividend | J | T | | | | | 146 |
| 239. Brokerage Account #14 (H) | | | | | | | | | |
| 240. Vanguard Target Retirement 2025 Inv (VTTVX) | E | Dividend | N | T | | | | | 185 |
| 241. Vanguard Tax Managed Balanced Adm (VTMFX) | D | Dividend | N | T | | | | | 186 |
| 242. Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | K | T | | | | | 187 |
| 243. Vanguard Total Stock Market ETF (VTI) | A | Dividend | K | T | | | | | 188 |
| 244. Vanguard Utilities ETF (VPU) | A | Dividend | K | T | | | | | 189 |
| 245. Johnson & Johnson (JNJ) | A | Dividend | K | T | | | | | 190 |
| 246. Bexar County Texas Limited Tax (088281FD7) | A | Interest | K | T | | | | | 191 |
| 247. Coweta County Georgia Water And Sewage Authority (223663JY2) | A | Interest | J | T | | | | | 192 |
| 248. Etowah Water And Sewer Authority Georgia (297860BN7) | B | Interest | K | T | | | | | 193 |
| 249. Miami Dade County Florida Aviation Series B (59333PZE1) | B | Interest | K | T | | | | | 195 |
| 250. Mobile County (607293BA4) | A | Interest | K | T | | | | | 196 |
| 251. Montgomery County Texas Refunding (613681J48) | B | Interest | K | T | | | | | 197 |
| 252. Coweta County Georgia Water And Sewage Authority (223663KD6) | A | Interest | K | T | | | | | 199 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This report has been rearranged by account, with assets listed in brokerage order. As a result, more than one line of the current report may correspond with a single line in the prior report and, where appropriate, multiple lines in the prior report have been consolidated herein. Where necessary for clarity, corresponding line numbers in the prior report have been included in Column D(5) for ease of review. This is not indicative of reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 32, 36, 37, 39, 43-46, 48-50, 53, 64, 85, 93, 95, 96, 102, 104, 125, 153, 194, 198, and 200 of the nomination report are not reportable in this cycle; there are not corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **William F. Jung**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544